UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH SCHOENITH,,

                Plaintiff(s),

   vs.

GMAC MORTGAGE CORP.,

                Defendant(s).
                                  /

CASE NO. 07-12828

DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

## ORDER OF DISMISSAL

Pursuant to Local Rule 41.1, this court has been advised by counsel for the parties that the above entitled action has been settled,

Accordingly, the above-entitled action is dismissed without prejudice and without costs. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                S/Denise Page Hood
                                Denise Page Hood
                                United States District Judge

Dated:  September 29, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2008, by electronic and/or ordinary mail.

                                S/William F. Lewis
                                Case Manager