# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOSEPH SCHOENITH,,

                      CASE NO. 07-12828

            Plaintiff(s),

                      DENISE PAGE HOOD
    vs.                    UNITED STATES DISTRICT JUDGE

GMAC MORTGAGE CORP.,

            Defendant(s).
_____/

## ORDER OF DISMISSAL

Pursuant to Local Rule 41.1, this court has been advised by counsel for the parties that the above entitled action has been settled,

Accordingly, the above-entitled action is dismissed without prejudice and without costs. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                              S/Denise Page Hood
                                              Denise Page Hood
                                              United States District Judge

Dated: September 29, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2008, by electronic and/or ordinary mail.

                                              S/William F. Lewis
                                              Case Manager